**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| JOHN TIETJEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Case No. MJG 03 CV 1367 |
| | ) | |
| E.I. DUPONT DE NEMOURS & COMPANY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties to the above referenced action stipulate to the following:

1. Plaintiff's Motion to Remand the Action to Circuit Court for Cecil County, Maryland is withdrawn;

2. The complaint in the Action is dismissed with prejudice with respect to plaintiff John Tietjen, and without prejudice with respect to absent putative Class members;

3. Each party to the Action will pay its own costs and fees, including attorney fees. Neither plaintiff nor plaintiff's counsel has received any compensation in exchange for his agreement to dismiss the Action.

| | |
|---|---|
| HODES, ULMAN, PESSIN & KATZ, PA. | BALLARD SPAHR ANDREWS & INGERSOLL, LLP |
| _____/s/_____ | _____/s/_____ |
| Barry Bach | Charles S. Hirsch |
| 901 Dulaney Valley Road, Suite 400 | 300 East Lombard Street, 18th Floor |
| Towson, MD 21204 | Baltimore, MD 21202-3268 |
| (410) 938-8800 | (410) 528-5503 |
| | |
| SCHIFFRIN & BARROWAY, LLP | SKADDEN, ARPS, SLATE, |
| Three Bala Plaza East, Suite 400 | MEAGHER & FLOM LLP |
| Bala Cynwyd, PA 19004 | Four Times Square |
| | New York, New York 10036 |
| Attorneys for Plaintiff | |
| | Attorneys for Defendant E.I. du Pont de Nemours & Co. |

## **ORDER**

This Action is dismissed on the foregoing stipulated terms.

_____         _____
Date                                                                  Marvin J. Garbis, United States
                                                                      District Judge